# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEI LIN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RICHARD VALINKEN, et al.,<br><br>　　　　　Respondents. | Case No. 1:19-cv-01806-EPG-HC<br><br>ORDER GRANTING RESPONDENT'S REQUEST TO FILE STATUS UPDATE<br><br>(ECF No. 16) |

　　　　Petitioner Wei Lin is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner alleges violations of his right to due process in connection with his expedited removal proceedings and credible fear determination. (ECF No. 1). The parties have consented to the jurisdiction of a United States Magistrate Judge. (ECF Nos. 11, 13).

　　　　On January 8, 2020, the Court ordered Respondent to file a response to the within sixty days. (ECF No. 10). On February 28, 2020, Respondent filed a status report, informing the Court that although Petitioner was scheduled for removal in early February 2020, the Department of Homeland Security ("DHS") has temporarily suspended all removals to China due to the coronavirus outbreak. (ECF No. 12 at 1). DHS indicated that Petitioner's removal would be rescheduled as soon as the temporary suspension has been lifted. Respondent requested a ninety-day extension of time to file its answer to the petition because the "habeas petition challenging petitioner's immigration detention will become moot once the removal order is executed." (ECF No. 12 at 2).[1]

---

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

The Court granted a thirty-day extension of time and directed Respondent to file a response to the petition. (ECF No. 14). In the response to the petition, Respondent informs the Court that Petitioner has been placed into removal proceedings before an Immigration Judge. (ECF No. 16 at 1–2). Because the procedural posture of this case has changed now that Petitioner is in removal proceedings, Respondent requests to file a status update by May 29, 2020. (Id. at 5).

Accordingly, IT IS HEREBY ORDERED that Respondent is granted to and including May 29, 2020 to file a status update.

IT IS SO ORDERED.

Dated: __**May 13, 2020**__  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE